```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 55714
    SONIA MCGEE
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-4807


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/14/2005 and was confirmed 05/15/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 10/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
AMERICASH LOANS LLC         UNSECURED           594.86           .00          594.86
DAIMLER CHRYSLER SERVICE    UNSECURED          9083.89           .00         9083.89
OCWEN LOAN SERVICING LLC    CURRENT MORTG         .00            .00             .00
OCWEN LOAN SERVICING LLC    MORTGAGE ARRE      2926.16           .00         2926.16
INTERNAL REVENUE SERVICE    PRIORITY           2162.22           .00         2162.22
INTERNAL REVENUE SERVICE    UNSECURED            15.48           .00           15.48
SEARS DENTAL CARE PARTNE    SECURED NOT I         .00            .00             .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE    UNSECURED       NOT FILED            .00             .00
LEGAL RESCUES               REIMBURSEMENT       26.00            .00           26.00
OCWEN FEDERAL BANK          NOTICE ONLY    NOT FILED             .00             .00
CHRYSLER CREDIT CORP        NOTICE ONLY    NOT FILED             .00             .00
DAKOTA STATE BANK           FILED LATE         488.16            .00             .00
LEGAL RESCUES               DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                  TRUSTEE                                         1,169.43
DEBTOR REFUND               REFUND                                            252.36

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                18,930.40

PRIORITY                                        2,188.22
SECURED                                         2,926.16
UNSECURED                                       9,694.23
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            1,169.43
DEBTOR REFUND                                     252.36
                      ---------------         ---------------
TOTALS                 18,930.40                18,930.40

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 55714 SONIA MCGEE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE